UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

Joseph Perl,

                        Plaintiff,

    -v.-

United Collection Bureau, Inc.,

                        Defendants.

------------------------------------------------------------------------x

Civil Action No:
1:21-cv-2908

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED by and between the parties in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this party is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** October 26, 2021

| For Plaintiff Joseph Perl<br>_s/Tamir Saland_<br>Tamir Saland<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>201-282-6500<br>tsaland@steinsakslegal.com | For Defendant United Collection Bureau, Inc.<br>_s/ Peter Siachos_<br>Peter G. Siachos<br>Gordon Rees Scully Mansukhani<br>18 Columbia Turnpike Suite 220<br>Florham Park, NJ 07932<br>973-549-2500<br>psiachos@grsm.com |
|---|---|
| | |

## CERTIFICATE OF SERVICE

I certify that on October 26, 2021, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Tamir Saland
Tamir Saland
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 10/29/2021

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge

*The Clerk is directed to close this case.*

2